IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| *IN RE SUBPOENA OF AT&T BY AUTHORITY OF THE HOUSE OF REPRESENTATIVES OF THE CONGRESS OF THE UNITED STATES OF AMERICA* : : : : : : | Misc. Case No. Case: 1:21–mc–00157<br>Assigned To : Pan, Florence Y.<br>Assign. Date : 12/15/2021<br>Description: Misc. (O-DECK) |

## MOTION OF CLETA MITCHELL TO QUASH THE CONGRESSIONAL SUBPOENA ISSUED TO AT&T

Cleta Mitchell, Esq., by and through her undersigned counsel, hereby moves this Court to quash the Subpoena for the production of cellular telephone records issued to AT&T by the House of Representatives Select Committee to Investigate the January 6th Attack on the United States Capitol ("Select Committee"). A Statement of Points and Authorities together with a Declaration supporting this Motion are filed herewith. Counsel for Ms. Mitchell has attempted to resolve this Motion with the Select Committee in accordance with LCvR 7(m) but is unable to do so with the intervention of this Court.

December 15, 2021

Respectfully submitted,

John P. Rowley III
JRROWLEY LAW PLLC
DC Bar No. 392629
1701 Pennsylvania Avenue, NW, Suite 200
Washington DC 20006
john.rowley@jprowleylaw.com
Telephone: 202 525 6674

*Counsel for Cleta Mitchell*

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of December, 2021, I caused a true and accurate copy of the forgoing Motion of Cleta Mitchell to Quash Congressional Subpoena Issued to AT&T, together with Statement of Points and Authorities in Support of that Motion and Declaration of Cleta Mitchell, to be served via email on the following counsel:

> Sean Tonolli Senior Investigative Counsel
> House Select Committee to Investigate the January
>  6th Attack on the United States Capitol
> Longworth House Office Building
> Washington, D.C. 20515
> Phone: 202-226-3023
> Email: *Sean.Tonolli@mail.house.gov*

*/s/ John P. Rowley III*
John P. Rowley III
JPROWLEY LAW PLLC
DC Bar No. 392629
1701 Pennsylvania Avenue, NW, Suite 200
Washington DC 20006
john.rowley@jprowleylaw.com
Telephone: 202 525 6674