IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE SUBPOENA OF AT&T BY AUTHORITY OF THE HOUSE OF REPRESENTATIVES OF THE CONGRESS OF THE UNITED STATES OF AMERICA | Misc. Case No. 1:21-mc-00157 (FYP) |

**CONSENT MOTION TO WITHDRAW PENDING**
**MOTION TO QUASH CONGRESSIONAL SUBPOENA**

Cleta Mitchell, by and through undersigned counsel, respectfully moves to withdraw her Motion to Quash the subpoena issued to AT&T by the United States House of Representatives Select Committee to Investigate the January 6th Attack on the United States Capitol ("Select Committee") (ECF No. 1). Counsel for Ms. Mitchell is filing a civil Complaint that replaces the Motion to Quash with a pleading that complies with the procedures set forth by the Federal Rules of Civil Procedure.

Counsel for the United States House of Representatives consents to this Motion.

Dated:  February 1, 2022

Respectfully submitted,

*/s/  John P. Rowley III*
John P. Rowley III
JPROWLEY LAW PLLC
DC Bar No. 392629
1701 Pennsylvania Avenue, NW, Suite 200
Washington DC 20006
john.rowley@jprowleylaw.com
Telephone: (202) 525-6674

*Counsel for Cleta Mitchell*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of February 2022, I caused a true and accurate copy of the forgoing Consent Motion to Withdraw Motion to Quash Congressional Subpoena, and proposed Order, to be served via the Court's ECF system on the following counsel:

>Douglas N. Letter
>General Counsel
>Office of General Counsel
>United States House of Representatives
>5140 O'Neill House Office Building
>Washington, D.C. 20515
>Douglas.Letter@mail.house.gov
>Telephone: 202-225-9700

And by first class U.S mail, postage prepaid, to:

>Honorable Matthew M. Graves
>United States Attorney for the District of Columbia
>United States Attorney's Office
>555 4th Street, N.W.
>Washington, D.C. 20530

>/s/ John P. Rowley III
>John P. Rowley III
>JPROWLEY LAW PLLC
>DC Bar No. 392629
>1701 Pennsylvania Avenue, NW, Suite 200
>Washington DC 20006
>john.rowley@jprowleylaw.com
>Telephone: (202) 525-6674